# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Justin Dean<br>*on behalf of themselves and others similarly situated*<br><br>    Plaintiff,<br><br>v.<br><br>Renaissance Power & Gas, Inc.<br>             Defendant<br><br>v.<br><br>Universal Portfolio, LLC<br><br>    Third Party Defendant. | Civil Action No.<br>1:19-10473- LTS |

## ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is dismissed with prejudice. Each party will bear its own attorney's fees, costs, and expenses related to this action. No rights of any of the putative class members are impacted through this dismissal.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel